THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Robbie Collins, Appellant.
 
 
 

Appeal From Lee County
 Clifton Newman, Circuit Court Judge
Unpublished Opinion No. 2008-UP-098
Submitted February 1, 2008  Filed
 February 11, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, South Carolina Commission of
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka,
 all of Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Robbie Collins appeals his convictions and sentences
 for murder and possession of a firearm during the commission of a violent
 crime.  On appeal, Collins maintains the trial court abused its discretion by
 admitting several letters he allegedly wrote to co-defendant, Jumal Prescott,
 because the letters were not properly authenticated.  Collins also asserts
 numerous pro se arguments.  After
 a thorough review of the record, counsels brief, and Collinss pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Collinss appeal and grant counsels
 motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J., PIEPER, J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.